```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL                JS-3
    Assistant United States Attorney
 3  Chief, Criminal Division
    BROCK H. LUNSFORD (Cal. State Bar No.: 201740)
 4  Special Assistant United States Attorney
    Domestic Security & Immigration Crimes Section
 5       1300 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone:  (213) 894-8611
 7       Facsimile:  (213) 894-6436
         Email: Sandy.Leal@usdoj.gov
 8
    Attorneys for Plaintiff
 9  United States of America
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-01398-PA |
|---|---|
| Plaintiff, | ) <u>ORDER GRANTING GOVERNMENT'S</u><br>) <u>MOTION TO DISMISS INFORMATION</u> |
| v. | ) |
| SERGIO EDUARDO DIAZ-AGUILAR, | ) |
| Defendant. | ) |

Government's Motion to Dismiss the above-referenced case without prejudice pursuant to Rule 48 of the Federal Rules of Criminal Procedure as to defendant Sergio Eduardo Diaz-Aguilar is hereby granted.

IT IS SO ORDERED.

Dated:  April 4, 2008_____
                                    UNITED STATES DISTRICT JUDGE