THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
BROCK H. LUNSFORD (Cal. State Bar No.: 201740)
Special Assistant United States Attorney
Domestic Security & Immigration Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8611
    Facsimile: (213) 894-6436
    Email: Sandy.Leal@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-01398-PA |
|---|---|
| Plaintiff, | ) GOVERNMENT'S MOTION TO DISMISS |
| | ) INFORMATION; [~~PROPOSED~~] ORDER |
| v. | ) |
| SERGIO EDUARDO DIAZ-AGUILAR, | ) |
| Defendant. | ) |

[PROPOSED] O R D E R

Government's Motion to Dismiss the above-referenced case without prejudice pursuant to Rule 48 of the Federal Rules of Criminal Procedure as to defendant Sergio Eduardo Diaz-Aguilar is hereby granted.

IT IS SO ORDERED.

Dated: April 7, 2008

_____
UNITED STATES DISTRICT JUDGE